## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

Sturgis Iron & Metal Co., Inc.

      Debtor.

_____/

Case No. 08-04413
Chapter 11
Hon. Jeffrey R. Hughes

## NOTICE OF WITHDRAWAL OF ATTORNEY

Please take notice that Paige E. Barr, Esq. hereby withdraws as attorney for Sturgis Iron & Metal Co., Inc. and requests to be terminated from receiving notice in this case. The email address to be terminated is pbarr@jaffelaw.com.

      Respectfully submitted;

      By: ___/s/ Paige E. Barr_____
      Paige E. Barr (Ill. Bar No. 6282474)
      525 W. Monroe Street
      Chicago, Illinois 60661
      Tel: 312.902.5644
      Fax: 312.577.8706

Dated: October 20, 2008