UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In Re:

STURGIS IRON & METAL CO., INC.                    Case No.: 08-02966
                                                  Chapter 11
        Debtor.                                   Hon. Jeffrey R. Hughes
                                                  Tax ID: 38-1308468

_____/

## NOTICE OF EFFECTIVE DATE OF CONFIRMED PLAN

PLEASE TAKE NOTICE that on May 4, 2009, the United States Bankruptcy Court for

the Western District of Michigan entered an order [Docket Number 1022] confirming the Fourth

Amended Plan of Liquidation of Sturgis Iron & Metal Co., Inc. (the "Plan") [Docket Number

1010].  The Effective Date, as defined in the Plan, occurred on June 15, 2009.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Plan, James W. Boyd is the

Liquidation Trustee.

PLEASE TAKE FURTHER NOTICE that the Plan contains certain deadlines, including

specific deadlines for Case Professionals to file fee applications.

                                         JAFFE, RAITT, HEUER & WEISS, P.C.


Dated: June 15, 2009                     By:    /s/ Richard Kruger
                                         Richard Kruger (P57142)
                                         Attorneys for Sturgis
                                         27777 Franklin Road, Suite 2500
                                         Southfield, Michigan 48034
                                         Phone: (248) 351-3000
                                         Facsimile: (248) 351-3082
                                         rkruger@jaffelaw.com

1759188.01